VAUGHAN, Respondent, v. STAHL, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Richard L. Vaughan against Joseph A. Stahl. No opinion. Judgment and order of the County Court of Westchester county affirmed, with costs.

In re VOELBEL. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) In the matter of the judicial settlement of the account of Jacob Voelbel, as sole executor of Nicolaus Joost, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

WALKER, Respondent, v. TOWN OF PITTSFIELD, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Cora A. Walker against the town of Pittsfield.
PER CURIAM. Judgment and order affirmed, with costs.
SEWELL, J., dissents.

WALLAN et al., Respondents, v. RECHNITZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Joseph Wallan and another against Jacob Rechnitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARING, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Thomas J. Waring against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

WASSERMAN, Respondent, v. JACOBS, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Benoit Wasserman against Edith S. Jacobs, impleaded. F. Bien, for appellant. I. L. Bamberger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WATTERSON STEAM HEATING CO., Appellant, v. ERLANGER, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by the Watterson Steam Heating Company against Mitchell L. Erlanger. J. A. Allen, for appellant. H. Swain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEST, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Margaret A. West against the Brooklyn Heights Railroad Company. Judgment and order reversed, and new trial granted, with costs to abide the event, on the ground that the verdict is clearly against the weight of evidence.

WESTON, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by James H. Weston against the International Paper Company.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., not sitting.

In re WEST 164th ST. (Supreme Court, Appellate Division, First Department. May 15, 1908.) In the matter of the opening of West 164th street. No opinion. Motion granted, with $10 costs. Order filed.

In re WEST 163d ST. (Supreme Court, Appellate Division, First Department. May 15, 1908.) In the matter of the opening of West 163d street. No opinion. Motion granted, with $10 costs.

WEXLER et al., Appellants, v. MEROWITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Nathan Wexler and others against Abraham M. Merowitz and others. No opinion. Motion for reargument denied, with $10 costs. See 110 N. Y. Supp. 5.

WHALEN, Respondent, v. LESE, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by John Whalen, as executor, against Louis Lese. J. D. Connolly, for appellant. W. D. McCarthy, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WHEELER, Respondent, v. S. OSGOOD PELL & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Howard P. Wheeler against S. Osgood Pell & Co. No opinion. Judgment and order unanimously affirmed, with costs.

WHITE v. DOUGLAS. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Appeal from Special Term. Action by Joseph H. White against James A. Douglas. From an order denying a retaxation of costs, defendant appeals. Affirmed. Jacob Fromme, for appellant. Henry A. Friedman, for respondent.
PER CURIAM. This court having awarded costs to abide the result of the final judgment in the action, and the final judgment having been for the plaintiff, the latter was absolutely entitled to costs, regardless of whether or not costs were allowed at Special Term. But the judgment at Special Term expressly awarded those costs, so no question of that kind was presented. The order should be affirmed, with $10 costs and disbursements.

WHITE, Respondent, v. DOUGLAS, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Joseph H. White against James A. Douglas, impleaded. J. Fromme, for appellant. C. L. Hoffman, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See supra.